**MARR JONES & WANG**
A Limited Liability Law Partnership

KRISTI K. O'HERON     9307-0
CECILY D.M. KAYA     10397-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
*koheron@marrjones.com*
*ckaya@marrjones.com*

Attorneys for Defendant
CAM SECURITY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAURA L. SHARP,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAM SECURITY, INC.<br><br>　　　　　Defendant. | CIVIL NO. 21-00199 SOM-RT<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br>Trial Date: November 1, 2022<br>Judge: Hon. Susan O. Mollway |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
## OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between Defendant CAM SECURITY, INC. and Plaintiff LAURA L. SHARP, through their respective counsel, that all claims that have been or could have been brought in this action be and are hereby dismissed without prejudice. Plaintiff shall have one year from the date on which this stipulation is signed by her counsel to refile her claims or shall be barred from refiling them.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims or parties. Each party shall bear her/its own attorneys' fees and costs. Trial in this case is set for November 1, 2022.

DATED:   Honolulu, Hawaii, December 17, 2021.

/s/ Charles H. Brower
CHARLES H. BROWER
MICHAEL P. HEALY

Attorneys for Plaintiff
LAURA L. SHARP

DATED: Honolulu, Hawaii, December 17, 2021.

/s/ Kristi K. O'Heron
KRISTI K. O'HERON
CECILY D.M. KAYA

Attorneys for Defendant
CAM SECURITY, INC.

APPROVED AS TO FORM



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

---

*Laura L. Sharp v. Cam Security , Inc., Inc.*; Civil No. 21-00199 SOM-RT; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES

1383648/1248.003